# Court of Appeals
# of the State of Georgia

ATLANTA,  March 20, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0248.  IN THE INTEREST OF: J. H., A CHILD.**

On November 27, 2012, the juvenile court entered an order terminating the parental rights of the natural parents of minor child J. H.  On January 16, 2013, the parents filed a motion in the juvenile court for an extension of time in which to appeal to this Court.  On January 18, the juvenile court granted the motion and gave the parents through February 18 to file a "notice of appeal."  On February 18, the parents filed this application for discretionary appeal.  We, however, lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  A party's failure to meet this statutory deadline deprives us of jurisdiction to consider the application. *Wilson v. Carver*, 252 Ga. App. 174 (555 SE2d 848) (2001).  Although the juvenile court purported to grant the parents an extension of time, a trial court lacks authority to extend the time for a party to file an application for discretionary appeal in an appellate court. *Gable v. State*, 290 Ga. 81, 85 (2) (a) (720 SE2d 170) (2011).  Rather, a request for an extension of time to file a discretionary application in this Court must be directed to this Court.  Id.  Moreover, such requests must be made within the 30-day period in which the application is due.  Id. at 84-85; see also OCGA § 5-6-39 (d).

Because the parents did not make a timely request for an extension to this Court, we have no basis for excusing their failure to comply with the 30-day deadline set forth in OCGA § 5-6-35 (d).  This untimely application is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 03/20/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*